UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 07-60875-CIV-UNGARO/O'SULLIVAN

KORY P. HILL

    Plaintiff,

    v.

FIA CARD SERVICES, N.A.;
CAPITAL ONE SERVICES, INC.
EXPERIAN INFORMATION SOLUTIONS, INC.
TRANS UNION, LLC.

    Defendant(s)
_____/

### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CAPITAL ONE SERVICES, INC.[1]

TO THE HONORABLE JUDGE UNGARO:

    Plaintiff **KORY P. HILL** files this Stipulation of Dismissal **with Prejudice** and in support thereof would respectfully show the Court as follows:

    There are no longer any issues in this matter between the Plaintiff and defendant **CAPITAL ONE SERVICES, INC.** to be determined by this Court. Plaintiff hereby stipulate that all claims or causes of action against defendant **CAPITAL ONE SERVICES, INC.** which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

Respectfully submitted,

---

[1] An Order of Dismissal without Prejudice was previously filed sua sponte (Document 63) This Joint Stipulation of Dismissal is being filed to note Dismissal as being <u>WITH</u> prejudice.

| **PLAINTIFF KORY P. HILL** | **DEFENDANT CAPITAL ONE SERVICES, INC.** |
|---|---|

*By:  S:Joel a. Brown*
**Joel Adrian Brown**
joelb@fblegal.com
Friedman & Brown
3330 NW 53rd Street
Suite 306
Fort Lauderdale, FL 33309
954-966-0111
Fax: 986-4777

*By: S:Paul A. Herman*
**Paul Aaron Herman**
Florida Bar No. 405175
Paulh1956@aol.com
Paul A. Herman PA
20423 State Road 7
Suite F6-477
Boca Raton, FL 33498
561-236-8851
Fax: 451-3461

## CERTIFICATE OF SERVICE

I hereby certify that on 9th day of January, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Paul A. Herman*
PAUL A. HERMAN, Esq.

## SERVICE LIST

**Defendant**

| **FIA Card Services, Inc.** | **Gregg Scott Ahrens** |
|---|---|
| | Adorno & Yoss |
| | 2525 Ponce De Leon Boulevard |
| | Suite 400 |

Miami, FL 33134
305-460-1000
Fax: 858-4777
Email: gxa@adorno.com