UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.07-60875-CIV-UNGARO

KORY P. HILL,

    Plaintiff,

vs.

FIA CARD SERVICES, N.A., et al.,

    Defendants.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon Plaintiff's Stipulation of Dismissal with Prejudice as to Defendant FIA Card Services, N.A., filed on May 15, 2008 (D.E. 89).

THE COURT has considered the Stipulation and the pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

ORDERED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE as to Defendant FIA Card Services, N.A., pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Plaintiff and Defendant FIA Card Services, N.A., shall each bear any costs incurred by the same in connection with this action.

DONE AND ORDERED in Chambers at Miami, Florida, this 16th day of May, 2008.

                                              URSULA UNGARO
                                              UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record